**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Pedro Castillo Garcia

                Plaintiff,

v.                                       Case No.: 1:26–cv–04179
                                       Honorable April M. Perry

Samuel Olson

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

      MINUTE entry before the Honorable April M. Perry: Motion to enforce habeas order [17] is denied. On 4/23/2026, this Court granted this habeas petition and ordered that Petitioner receive a release hearing within seven days or otherwise be released. [14] The Court further ordered that if no release hearing was held, Petitioner's counsel should file a motion within fourteen days. Id. Now, more than ninety days later, Petitioner's counsel seeks an order "to enforce the Court's April 23, 2026 Order." However, counsel acknowledges that a bond hearing was timely held. Doc. 17 at 1. Moreover, there is no indication that the bond hearing was a sham or otherwise inconsistent with due process. Instead, counsel takes issue with the evidence that was considered and how the Immigration Judge weighed that evidence. Counsel acknowledges that no appeal was taken from the order itself. In short: this Court's habeas order seems to have been faithfully executed. Petitioner#039;s complaints about the outcome of his detention hearing should have been raised through the administrative appeal process. This habeas case has been closed for more than three months and will remain closed. New issues regarding Petitioner's confinement must be raised in a new habeas petition. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.